IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CV 112-170 |
| ONE 2008 HONDA CIVIC EX, VIN 1HGFA16838L036075, | * | |
| Defendant. | * | |

**O R D E R**

Now before the Court is the Government's Motion to Dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 8.) Upon the Government's representation that the Defendant Vehicle has been disposed of (id. ¶ 9) and all forfeiture issues were resolved in the related criminal case, United States v. Diaz-Fonseca, No. CR 112-242, Docs. 245, 246, 293 (S.D. Ga.), the Court **GRANTS** the motion and **DISMISSES** all of the Government's claims. The Clerk **SHALL TERMINATE** all motions and deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of June, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA